IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL JOYCE RILEY | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-94-3996 |
| ST. LUKE'S EPISCOPAL HOSPITAL DR. BRANISLAV RADOVANCEVIC, O. HOWARD FRAZIER, M.D., SURGICAL ASSOCIATES OF TEXAS, P.A., UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, BAYLOR COLLEGE OF MEDICINE, TEXAS HEART INSTITUTE, AND EDWARD K. MASSIN, M.D. | § § § § § § § § § § § | |

## ORDER GRANTING DEFENDANT BAYLOR COLLEGE OF MEDICINE'S NO EVIDENCE MOTION FOR SUMMARY JUDGMENT

Having considered Baylor College of Medicine's No Evidence Motion for Summary Judgment, any response filed there to, and any argument of counsel, the Court determines that Motion is meritorious and should be GRANTED. It is, therefore,

ORDERED that all claims alleged against Baylor College of Medicine in Relator Joyce Riley's Fourth Amended Petition are hereby dismissed in their entirety.

Dated: 6/23/08

_____
United States District Court Judge