IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JOYCE RILEY, § § § § Plaintiffs § § vs. § § ST. LUKE'S EPISCOPAL HOSPITAL, *et al.*, § § § § Defendants. § | | CIVIL ACTION NO. H-94-3996 |

## ORDER OF REFERENCE

The Court appoints Joseph Hart, Dean Kilgore and Murry Cohen as Special Masters and refers this case to the Special Masters to conduct a hearing as described in the Seventh Agreed Order Amending Scheduling Order [Docket No. 283] or as agreed to by the parties or ordered by the Special Masters.

The parties may procure the attendance of witnesses before the Special Masters by issuance and service of subpoenas as provided in Rule 45 of the Federal Rules of Civil Procedure.

The parties and Special Masters shall negotiate their own fee agreements for the services of the Special Masters and for costs associated with the hearing. If the parties are unable to agree on how to share costs or which services are necessary, the parties shall submit a joint motion for clarification on or before March 20, 2009.

Signed and entered this 18th day of February, 2009.

Kenneth M. Hoyt
United States District Judge

1527911_1.DOC