IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOYCE RILEY <br><br> Plaintiffs <br><br> vs. <br><br> ST. LUKE'S EPISCOPAL HOSPITAL; DR. BRANISLAV RADOVANCEVIC; O. HOWARD FRAZIER, M.D.; SURGICAL ASSOCIATES OF TEXAS, P.A.; UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON; BAYLOR COLLEGE OF MEDICINE; TEXAS HEART INSTITUTE; and EDWARD K. MASSIN, M.D. <br><br> Defendants | CIVIL ACTION NO. H-94-3996 |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Relator Joyce Riley and Defendants St. Luke's Episcopal Hospital; Texas Heart Institute; O. Howard Frazier, M.D.; Surgical Associates of Texas, P.A.; and Edward K. Massin, M.D. (collectively, the "Parties") have resolved all claims at issue.[1] Pursuant to Federal Rule of Civil Procedure 41, the Parties have agreed to dismiss all claims with prejudice. The United States has approved the resolution and consents to the dismissal of the claims with prejudice pursuant to 31 U.S.C. § 3730 *et seq.* Accordingly, the Parties request that the Court enter the attached Order of Dismissal with Prejudice.

---

[1] Defendants University of Texas Health Science Center and Baylor College of Medicine were previously dismissed from the case. Branislav Radovancevic is deceased and a Suggestion of Death was filed on his behalf.

1135873v2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the forgoing document was duly served on counsel via certified mail return receipt requested, facsimile or electronically through the CM/ECF System on this 19th day of October, 2009. A copy of this document was also served on the United States Government via certified mail return receipt requested, facsimile at the following address:

Jill. O. Venezia
Assistant United States Attorney
United States Attorney's Office
919 Milam Street, 15th Floor
P.O. Box 61129
Houston, Texas 77208-1129
Telephone: (713) 567-9511
Facsimile: (713) 718-3407
Email: Jill.Venezia@usdoj.gov

/s/Eric D. Wade
Eric D. Wade

Respectfully submitted,

PORTER & HEDGES

By: /s/Eric D. Wade
Eric D. Wade
State Bar No. 00794802
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6655 - Telephone
(713) 226-6255 – Facsimile
**Attorneys for Texas Heart Institute**

BERG & ANDROPHY

By: /s/Joel M. Androphy
Joel M. Androphy
State Bar No. 01254700
3704 Travis Street
Houston, Texas 77002
(713) 529-5622 - Telephone
(713) 529-3785 – Facsimile
**Attorneys for St. Luke's Episcopal Hospital**

JOHNSON SPALDING DOYLE WEST & TRENT
By: /s/Tamara Madden
Tamara Madden
State Bar No. 00783720
Brian Johnson
State Bar No. 10685700
919 Milam, Suite 1700
Houston, Texas 77002
(713) 222-2323 - Telephone
(713) 222-2226 – Facsimile
**Attorneys for Dr. Edward Massin**

ANDREWS & KURTH

By: /s/Jeffrey McClure
Jeffrey McClure
State Bar No. 13428200
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4772 - Telephone
(713) 238-7403 - Facsimile
**Attorneys for Dr. Howard Frazier and Surgical Associates of Texas**

PERDUE & KIDD, L.L.P.

By: /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr.
State Bar No. 00788180
2727 Allen Parkway, Suite No. 800
Houston, Texas 77019
(713) 520-2500 – Telephone
(713) 520-2525 - Facsimile
**Attorneys for Joyce Riley**